

FEB 22 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>VICTOR MANUEL VILLANUEVA,<br><br>            Defendant. | CASE NO. 1:18-MJ-00151-SAB<br><br>ORDER TO UNSEAL COMPLAINT |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Complaint filed on 8/29/2018 be unsealed and become public record.

DATED: 2/22/19

Honorable BARBARA A. McAULIFFE
U.S. MAGISTRATE JUDGE

MOTION AND PROPOSED ORDER TO UNSEAL

2