1
PHILLIP A. TALBERT
United States Attorney
2
JEFFREY A. SPIVAK
Assistant United States Attorney
3
2500 Tulare Street, Suite 4401
Fresno, CA 93721
4
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5

6
Attorneys for Plaintiff
United States of America
7

8
IN THE UNITED STATES DISTRICT COURT

9
EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:19-CR-00044-ADA-BAM |
| Plaintiff, | |
| v. | JOINT STATUS REPORT AND STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| VICTOR MANUEL VILLANUEVA, | |
| Defendant. | DATE: February 28, 2023<br>TIME: 8:30 a.m.<br>COURT: Hon. Ana De Alba |

11

12

13

14

15

16

17       This case is set for trial on February 23, 2023 and trial confirmation hearing on February 8, 2023.

18  As set forth below, the parties now move, by stipulation, to vacate the Trial Date, and set this matter for

19  change of Plea on February 21, 2023 at 8:30 am the status conference to May 11, 2022, and to exclude

20  the time period through and including February 21, 2023 under the Speedy Trial Act.

21                                    **STIPULATION**

22       Plaintiff United States of America, by and through its counsel of record, and defendant, by and

23  through defendant's counsel of record, hereby stipulate as follows:

24       1.       By previous order, this matter was set for trial on February 28, 2023.

25       2.       The parties submitted a plea agreement on January 18, 2023.  ECF #57.

26       3.       By this stipulation, defendant now moves to vacate the February 23, 2023 trial date and

27  February 8, 2023 trial confirmation hearing, set the matter for change of plea on February 21, 2023 at

28  8:30 am, and to exclude time from today's date through and including February 21, 2023, under Local

1

1  Code T4.

2      4.      The parties agree and stipulate, and request that the Court find the following:

3          a)      On May 29, 2020, defense counsel substituted into the case.

4          b)      The government has represented that the discovery associated with this case

5  includes numerous investigative reports, videos, and pictures. All of this discovery has been

6  either produced directly to counsel and/or made available for inspection and copying.

7          c)      The parties have filed a plea agreement.  Counsel for defendant desires additional

8  time to consult with his client, and prepare for the change of plea and sentencing hearing in this

9  case.  The COVID-19 pandemic has and continues to make certain tasks, such as client meetings,

10  meetings with the government, and case investigation more difficult and more time consuming.

11          d)      Counsel for defendant believes that failure to grant the above-requested

12  continuance would deny him/her the reasonable time necessary for effective preparation, taking

13  into account the exercise of due diligence.

14          e)      The government does not object to the continuance.

15          f)      Based on the above-stated findings, the ends of justice served by continuing the

16  case as requested outweigh the interest of the public and the defendant in a trial within the

17  original date prescribed by the Speedy Trial Act.

18          g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

19  et seq., within which trial must commence, from the date of this order through and including

20  February 21, 2023,  inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv)

21  [Local Code T4] because it results from a continuance granted by the Court at defendant's

22  request on the basis of the Court's finding that the ends of justice served by taking such action

23  outweigh the best interest of the public and the defendant in a speedy trial.

24  ///

25  ///

26  ///

27  ///

28  ///

1    5.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3 must commence.

4    IT IS SO STIPULATED.

5

6

7 Dated:  January 24, 2023

PHILLIP A. TALBERT
United States Attorney

8

9    /s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK

10   Assistant United States Attorney

11

12 Dated:  January 24, 2023

/s/ David Arredondo for Adrian Yeung

13   Adrian Yeung
David Arredondo

14   Counsel for Defendant
VICTOR MANUEL VILLANUEVA

15   (Approved via phone on 1/24/2023)

16

17

**ORDER**

18

19

20 IT IS SO ORDERED.

21   Dated:    January 24, 2023

22   UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

3