PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR MANUEL VILLANUEVA,<br><br>Defendant. | CASE NO. 1:19-CR-00044-ADA-BAM<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; ORDER<br><br>DATE: June 5, 2023<br>TIME: 8:30 a.m.<br>COURT: Hon. Ana De Alba |
|---|---|

This case is set for sentencing on June 5, 2023. As set forth below, the parties now stipulate and request to continue the sentencing hearing to July 24, 2023.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on June 5, 2023.

2. Government counsel needs to travel to Southern California to attend a family medical appointment on June 5, 2023.

3. Defendant has no objection to a continuance of the sentencing hearing, and believes additional time may assist the defense in preparing for the sentencing hearing. Defendant has requested a new sentencing date of July 24, 2023.

///

4. Thus the parties request the Court continue the June 5, 2023 sentencing hearing to July 24, 2023 at 8:30 am.

IT IS SO STIPULATED.

Dated: May 31, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated: May 31, 2023

/s/ Adrian Yeung
Adrian Yeung
Counsel for Defendant
VICTOR MANUEL VILLANUEVA
(Approved via phone on 5/31/2023)

IT IS SO ORDERED.

Dated:   May 31, 2023

UNITED STATES DISTRICT JUDGE